**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

HADDRICK BYRD,                           : No. 3 EM 2022
                                         :
                    Petitioner           :
                                         :
                                         :
            v.                           :
                                         :
                                         :
COURT OF COMMON PLEAS OF                 :
PHILADELPHIA COUNTY, CRIMINAL            :
TRIAL DIVISION,                          :
                                         :
                    Respondent           :

## ORDER

**PER CURIAM**

    **AND NOW**, this 26th day of April, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.